**JENNIFER L. COON**
California State Bar No. 203913
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Jennifer_Coon@fd.org

Attorneys for Defendant Luis-Alvarado

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY A. BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0005 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| WILBERT LUIS-ALVARADO, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                                          Respectfully submitted,


Dated: January 10, 2008                                    /s/ *JENNIFER L. COON*
                                                                                          Federal Defenders of San Diego, Inc.
                                                                                          Attorneys for Defendant
                                                                                          Jennifer_Coon@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: January 10, 2008         /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennier_Coon@fd.org (email)