FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    Criminal Case No. 08CR0262-WQH
                                    )
                  Plaintiff,        )    I N F O R M A T I O N
                                    )
       v.                           )    Title 8, U.S.C., Sec. 1326(a)
                                    )    - Deported Alien Found
WILBERT LUIS-ALVARADO,              )    in the United States
                                    )    (Felony)
                  Defendant.        )
_____)

The United States Attorney charges:

On or about January 1, 2008, within the Southern District of California, defendant WILBERT LUIS-ALVARADO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: _____1/30/08_____.

                                    KAREN P. HEWITT
                                    United States Attorney

                                    CAROLINE P. HAN
                                    Assistant U.S. Attorney

CPH:drh:San Diego
01/08/2008